# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-40677
Summary Calendar

———————————

United States of America,

United States Court of Appeals
Fifth Circuit

**FILED**

April 2, 2025

Lyle W. Cayce
Clerk

*Plaintiff—Appellee*,

*versus*

Jonathan Arana,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:24-CR-232-1

———————————————————————

Before Wiener, Ho, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent defendant-appellant Jonathan Arana has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Arana has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40677

reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.